**JUDGE BUCHWALD**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
KARAYEL GEMI INSAA VE DENIZ NAKLIYAT
SANAYII TICARET LTD STI,

               Plaintiff,

- against -

METAL STAR TRADING CO. SAL,

               Defendant.
-------------------------------------------------------------X



ECF CASE

## DISCLOSURE OF INTERESTED PARTIES
## PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:

NONE.

Dated: June 11, 2008
       New York, NY

               The Plaintiff,
               KARAYEL GEMI INSAA VE DENIZ
               NAKLIYAT SANAYII TICARET LTD STI,

               By: _____
               Kevin J. Lennon
               Coleen A. McEvoy
               LENNON, MURPHY & LENNON, LLC
               The Gray Bar Building
               420 Lexington Ave., Suite 300
               New York, NY 10170
               (212) 490-6050
               facsimile (212) 490-6070
               kjl@lenmur.com
               cam@lenmur.com